ZENO B. BAUCUS
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Phone:   (406) 657-6101
FAX:     (406) 657-6989
E-mail:  zeno.baucus@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED

JUN 2 1 2018

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 18-78-BLG- DLC |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | PRODUCTION OF CHILD PORNOGRAPHY (Counts I-III)<br>Title 18 U.S.C. § 2251(a)<br>(Penalty: Mandatory minimum 15 to 30 years imprisonment, $250,000 fine, five years to lifetime supervised release, $5000 special assessment) |
| TYLER DANIEL EMINETH, | |
| Defendant. | CRIMINAL FORFEITURE<br>Title 18 U.S.C. § 2253(a) |

THE GRAND JURY CHARGES:

## COUNT I

That on or about January 14, 2018, at Billings and within Yellowstone County, in the State and District of Montana, and elsewhere, the defendant,

1

TYLER DANIEL EMINETH, did knowingly employ, use, persuade, induce, entice, and coerce any minor, namely Jane Doe 1, who is known to the defendant but whose name is withheld to protect her identity, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, such visual depiction being shipped in and affecting interstate and foreign commerce, in violation of 18 U.S.C. § 2251(a).

## COUNT II

That on or about February 28, 2018, at Billings and within Yellowstone County, in the State and District of Montana, and elsewhere, the defendant, TYLER DANIEL EMINETH, did knowingly employ, use, persuade, induce, entice, and coerce any minor, namely Jane Doe 2, who is known to the defendant but whose name is withheld to protect her identity, to engage in sexually explicit conduct, for the purpose of producing any visual depiction of such conduct, such visual depiction being shipped in and affecting interstate and foreign commerce, in violation of 18 U.S.C. § 2251(a).

## COUNT III

That on or about March 5, 2018, at Billings and within Yellowstone County, in the State and District of Montana and elsewhere, the defendant, TYLER DANIEL EMINETH, did knowingly employ, use, persuade, induce, entice, and coerce any minor, namely Jane Doe 3, who is known to the defendant but whose

name is withheld to protect her identity, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, such visual depiction being shipped in and affecting interstate and foreign commerce, in violation of 18 U.S.C. § 2251(a).

## FORFEITURE ALLEGATION

As a result of the commission of any of the crimes described above, and upon his conviction for any such offense, the defendant, TYLER DANIEL EMINETH, pursuant to 18 U.S.C. § 2253(a), shall forfeit to the United States, all right, title and interest in property that represents property used to commit said offense namely a Galaxy S6 Android cellular telephone, Model SM-G901.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

FOREPERSON

KURT G. ALME
United States Attorney

JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: ✓
Bail: _____