IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18–78–BLG–DLC |
| Plaintiff, | |
| vs. | ORDER |
| TYLER DANIEL EMINETH, | |
| Defendant. | |

Before the Court is the United States's Motion to Seal Exhibits B, C, and D of the United States' Sentencing Memorandum. (Doc. 46.)

It is ordered that the motion (Doc. 46) is GRANTED. The Documents lodged at Doc. 47 shall be sealed.

DATED this 18th day of April, 2019.

Dana L. Christensen, Chief Judge
United States District Court

1