FILED

MAY 07 2019

Clerk, U.S Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 18–78–BLG–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| TYLER DANIEL EMINETH, | |
| Defendant. | |

This matter comes before the Court on the United States' Motion for a Final Order of Forfeiture. The Court, having reviewed said motion and brief, finds:

1. The United States commenced this action pursuant to 18 U.S.C. § 2253;

2. An Amended Preliminary Order of Forfeiture was entered on November 19, 2018;

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C.§ 982(b)(1) and 21 U.S.C. § 853(n)(1); and

4. It further appears there is cause to issue a forfeiture order under 18 U.S.C. § 2253.

IT IS ORDERED:

1.  The Motion for Final Order of Forfeiture is GRANTED.

1

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. § 853, free from the claims of any other party:

- Galaxy S6 Android cellular telephone, Model SM-G901
- Samsung Galaxy S8 Android cellular telephone, Model SM-G95OU

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

Dated this 7th day of May, 2019.

Dana L. Christensen, Chief Judge
United States District Court